IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

CHRIS STERLING                                                    PLAINTIFF

v.                        Civil No. 3:17-cv-03090

NURSE BONNIE RHYNE; and
LIEUTENANT JERRY WILLIAMS                      DEFENDANTS

## OPINION AND ORDER

Plaintiff filed this civil rights pursuant to 42 U.S.C. § 1983. He proceeds *pro se* and *in forma pauperis.*

When he filed this case on October 13, 2017, Plaintiff was incarcerated in the Carroll County Detention Center. Plaintiff was advised that he was required to immediately notify the Court of any change in his address (ECF No. 4). Further, he was warned that failure to inform the Court of a change in his address would subject the case to dismissal.

On November 20th, 21st, 27th and December 26th, 2017, mail was returned as undeliverable with the notation that Plaintiff was no longer at the Carroll County Detention Center. To date, the Court has not been provided with a new address for him.

This case is therefore **DISMISSED WITHOUT PREJUDICE** based on Plaintiff's failure to prosecute this case and his failure to keep the Court informed of his current address. Fed. R. Civ. P. 41(b); Rule 5.5(c)(2) of the Local Rules for the Eastern and Western Districts of Arkansas.

IT IS SO ORDERED on this 3rd day of January, 2018.

_____
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE